FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAR 23 AM 11: 31

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-035 |
| | ) | |
| ANTHONY TYRONE ROPER | ) | |
| AUDRA ROPER | ) | |

## O R D E R

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Defendants' Motion to Suppress, (doc. no. 50), and **ORDERS** U.S. Army Criminal Investigation Command Special Agent Preston T. Johnson, within fourteen days, to (1) designate an IT expert from the U.S. Army Criminal Investigation Command to remove the Comcast production from SA Johnson's laptop computer, except for the small subset of approximately thirty-five emails SA Johnson previously determined to be relevant; and (2) submit an affidavit executed by SA Johnson and the IT expert confirming compliance with this directive.

SO ORDERED this 23rd day of March, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE