IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR 117-35 |
| v. | ) |
| | ) |
| ANTHONY TYRONE ROPER | ) |

## ORDER

For good cause shown, it is hereby ORDERED that the Motion to Seal the Motion to Continue Sentencing, and all process issued thereunder are SEALED until the further Order of this Court.

So ORDERED this ___ day of ~~October~~ Nov., 2018.

_____
HON. DUDLEY H. BOWEN
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2