FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 NOV -2  AM 9: 33

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA   )   CR 117-35
                              )
v.                        )   UNDER SEAL
                              )
ANTHONY TYRONE ROPER   )

## ORDER CONTINUING SENTENCING

Good cause having been shown, and defendant having no objection, the government's motion to continue sentencing is hereby GRANTED. The sentencing of the defendant is hereby delayed until further Order of this Court.

SO ORDERED this _1st_ day of _November_, 2018.

_____
HON. DUDLEY H. BOWEN
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA