FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 DEC 28  PM 12: 30

CLERK M. akis
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 1:17-CR-00035 |
| ANTHONY T. ROPER | ) |

## ORDER

For good cause shown, it is hereby ORDERED that the Motion for Downward Departure of Sentence, as well as this Motion and Order to Seal are SEALED until further Order of this Court.

So ORDERED this 28th day of December, 2018.

HON. DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2