UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JAN -9  AM 10: 37

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | 1:17 CR 00035 |
| ANTHONY TYRONE ROPER, | * | |

## ORDER for REMAND

On January 3, 2019 the defendant in the captioned case was sentenced to a term of 60 months in prison. For the reasons stated in open court at a hearing on January 8, 2019, the defendant is remanded to the custody of the United States Marshal to begin serving the sentence aforementioned.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE