FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 NOV 12 PM 2:53
CLERK M. Akins
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR117-035 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY ROPER | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL:

A judgment was entered on January 11, 2019, in the United States District Court for the Southern District of Georgia, in favor of the United States of America and against Defendant Anthony Roper, whose last known address is 1445 Aylesbury Drive, Evans, Georgia 30809, in the sum of $200,100.00. The balance on the account as of November 7, 2019 is $179,760.85.

THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying and/or executing on and selling all property in which Defendant Anthony Roper, has a substantial nonexempt interest, and by executing upon the property described as Defendants property located at 1943 Kingston Lane, Hinesville, Georgia 31313.

YOU ARE ALSO COMMANDED to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs and interest.

YOU ARE FURTHER AUTHORIZED, at your discretion, to contract with a real estate or brokerage firm for the sale of the property in order to maximize said sale.

ISSUED this the 12th day of November, 2019.

_____
HON. DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA