IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-35-001 |
| | * | |
| ANTHONY TYRONE ROPER | * | |
| | * | |

O R D E R

Whereupon Defendant Anthony Tyrone Roper has now paid his criminal financial obligations in full, the Government's motion for an Order directing the liquidation and turn over of Defendant's Thrift Savings Plan ("TSP") retirement account (doc. no. 201) is **DENIED AS MOOT.**

**ORDER ENTERED** at Augusta, Georgia, this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE